IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SUE-ZANNE MANN,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:07cv751-MHT
                               )         (WO)
JAMES A. DARDEN and            )
CAMILLE V. EMMANUEL,           )
                               )
    Defendants.                )
```

ORDER

Upon consideration of the parties' motion in limine, response, and exhibit-list objections (Doc. Nos. 42, 44, and 54), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than July 13, 2009, to attempt to resolve the issues raised in the motion in limine, response, and exhibit-list objections, as well as any other potential objections not raised in those filings; and

(2) File a jointly prepared report by July 16, 2009, (a) as to which issues are resolved and which ones remain

unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 2nd day of July, 2009.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE