IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SUE-ZANNE MANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv751-MHT |
| | ) | (WO) |
| JAMES A. DARDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the opinion entered this date, it is ORDERED that plaintiff Sue-Zanne Mann's motion for a new trial (doc no. 89) is denied as to the "first-tasing incident" and granted as to the "second-tasing" incident. An order setting a retrial date on the "second-tasing" incident will follow later.

DONE, this the 23rd day of November, 2009.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE