IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SUE-ZANNE MANN,                  )
                                 )
    Plaintiff,                   )
                                 )
                                 )     CIVIL ACTION NO.
    v.                           )       2:07cv751-MHT
                                 )          (WO)
JAMES A. DARDEN,                 )
                                 )
    Defendant.                   )
```

CORRECTED JUDGMENT

On the 23rd day of August 2011, after this cause had been presented to a jury, a verdict was returned as follows:

I.  Tasing Incident

(1) Stage One: Do you find that defendant James A. Darden is entitled to prevail at stage one?

Yes  X

No  ____

If you find that Darden prevails at stage one, you need not go any further.  If you find that he does not prevail at stage one, then you should continue to stage two.

XXX

SO SAY WE ALL.

                      /s/ Keith Judy
                         Foreperson

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant James A. Darden and against plaintiff Sue-Zanne Mann, with plaintiff Mann taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Mann, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of August, 2011.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE